# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                    Case No:   6:22-cv-1313-RBD-DCI

KALA NIKETAN INC. and
EUPHORIA 624 LLC,

    Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the Plaintiff's Notice of Settlement as to Defendant Kala Niketan, Inc. filed on September 26, 2022 (Doc. 13), indicating that this case has settled as to Defendant Kala Niketan, Inc. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE as to Defendant Kala Niketan, Inc.,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. The Clerk is **DIRECTED** to terminate Kala Niketan, Inc. as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 3, 2022.

ROY B. DALTON JR.
United States District Judge